**[J-77-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 4 EAP 2020
                                                 :

            Appellee              : Appeal from the Judgment of Superior
                                                 : Court entered on 9/16/19 at No. 1326 EDA
                                                 : 2018 affirming the judgment of sentence
            v.                    : entered on 3/28/18 in the Court of
                                                 : Common Pleas, Philadelphia County,
                                                 : Criminal Division at No. CP-51-CR-
ANDREW LINEMAN,                   : 0004774-2017
                                                  :

            Appellant             :


**ORDER**


**PER CURIAM**                                               **DECIDED:  August 7, 2020**


     **AND NOW**, this 7th day of August, 2020, the order of the Superior Court is REVERSED based on *Commonwealth v. Torres*, 766 A.2d 342, 345 (Pa. 2001) (explaining that a fact-finder's mere disbelief of the defendant's testimony going forward with the evidence relative to a justification defense is "no substitute for the proof the Commonwealth was required to provide to disprove the self-defense claim").